AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the



OCT 07 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Lester Wagner
*Plaintiff/Petitioner*

v.

Rusty Loza & Tammy Reagan
*Defendant/Respondent*

Civil Action No. 3:20-cv-00430

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Bledsoe County Corr. Complex.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

N/A

My gross pay or wages are: $ -0-, and my take-home pay or wages are: $ -0- per
*(specify pay period)* N/A.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment        ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends                  ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments           ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments          ☐ Yes   ☒ No
(e) Gifts, or inheritances                                 ☐ Yes   ☒ No
(f) Any other sources                                      ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ -0-

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Claiborne County Detention Center, $439.29 as of 9/28/20 for open medical fees.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/4/2020

*Lester Wagner*
Applicant's signature

Lester Wagner
Printed name

# CERTIFICATE

## TO BE COMPLETED BY AN AUTHORIZED CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ __.16__ on account to his/her credit at the __Claiborne County Det Center__ (institution where the applicant is currently incarcerated). I further certify that the average balance in the applicant's trust fund account during the last six months was $ __2.28__. A copy of the applicant's trust fund account (or an institutional equivalent) for the last six months is attached hereto.

_____
Signature of Authorized Officer

Sworn to and subscribed before me this __28th__ day of __Sept__, 20__20__.

_____
Notary Public

My commission expires __4/22/2023__

[Notary seal: TABATHA ARNWINE, STATE OF TENNESSEE NOTARY PUBLIC, CLAIBORNE COUNTY]

Lester Wagner has open medical fees of $439.29 as of this date.

# LESTER BRADLEY WAGNER (11306)

← Back to All Inmates

| Balance | Spendable | Medical | Open Fees | Open Bonding Fees | Upcoming Fees |
|---|---|---|---|---|---|
| $0.16 | $0.16 | $0.00 | $439.29 | $0.00 | $0.00 |

General | Restrictions | **Transactions** | Fees | History

Deposit | Adjustment | Medical | Print Check | Med Payment | Fee | Print

PDF  Print  Excel

Show 100 entries

Search:

| ID | Type | Date | Amount | Running Total |
|---|---|---|---|---|
| 36902552 | Order | 06/11/2020 11:15:17 am EST | -$0.70 | $0.16 |
| 36826781 | Order | 06/09/2020 03:42:03 pm EST | -$6.50 | $0.86 |
| 36791289 | Order | 06/08/2020 06:10:05 pm EST | -$10.39 | $7.36 |
| 36644105 | Order | 06/04/2020 11:18:09 pm EST | -$9.05 | $17.75 |
| 36606337 | Order | 06/04/2020 10:21:44 am EST | -$7.89 | $26.80 |
| 36585230 | Order | 06/03/2020 07:32:45 pm EST | -$1.95 | $34.69 |
| 36579469 | Order | 06/03/2020 05:39:51 pm EST | -$13.90 | $36.64 |
| 36564201 | Order | 06/03/2020 12:16:54 pm EST | -$9.24 | $50.54 |
| 36549202 | Paid Inmate Fee - Medical Prescription Fee - Medical Prescription Fee - 3/11 Rx# 8808152 8808154 8808149 (Fee Created on: 03/11/2020 9:03 am EST) | 06/02/2020 09:53:45 pm EST | -$10.71 | $59.78 |
| 36549201 | Paid Inmate Fee - Medical Visit Fee - Medical Visit Fee - 03/05 (Fee Created on: 03/06/2020 8:44 am EST) | 06/02/2020 09:53:45 pm EST | -$1.79 | $70.49 |

I/M #  429507  LESTER WAGNER
1045 HORSEHEAD RD
PIKEVILLE, TN 37367

CHATTANOOGA TN 373
5 OCT 2020 PM 1 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 37367 $ 000.50
02 1W
0001382119 OCT 05 2020

United States District Court
Eastern District of Tennessee
Att: Clerk of Court
800 Market Street
Suite 130
Knoxville, TN 37902



RECEIVED
OCT 07 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS

RECEIVED

OCT 0 5 2020

BCCX MAILROOM
OUTGOING