UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____



**FILED**

OCT 07 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Lester Wagner )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. ) 3:20-cv-00430

Rusty Loza )
Tammy Reagan )
_____ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: N/A

         Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county):
   N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Bledsoe County Corr. Complex

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

      1. What steps did you take? Filed a Written Inmate Grievance Form

      2. What was the result? One was a written response / prison transfer, last one was never answered

   D. If your answer to B is NO, explain why not. N/A

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? N/A

2

2. What was the result? N/A

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Lester Wagner #429507
Present address: BCCX, 1045 Horsehead Rd, Pikeville, TN 37367
Permanent home address: 749 Debusk Ln, New Tazwell, TN 37825
Address of nearest relative: (same as above)

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Rusty Loza
Official position: LPN / Mtg
Place of employment: Claiborne County Detention Center/SHP

C. Additional defendants: Tammy Reagan, Jail Administrator, Claiborne County Detention Center

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

(1) On 7/6/20, 7/30/20, 8/12/20, and on 9/30/20, I filed medical requests to Rusty Loza, to

3

have. Ft. Sanders Medical Center contacted so that a surgery date could be scheduled so that I could have stints placed into my lower two heart valves due to vegatation/regurgitating of blood in and around my heart. Also on all of those dates I requested that I be treated for chronic hep-c and/or be seen by the doctor. To date, none of the above has been done by Rusty Loza.

(2). On 9/21/20, I filed a general request with Tammy Reagan, about all of my medical requests and she failed to respond.

(3). On 9/25/20, I filed a inmate grievance form to Tammy Reagan, about the fastcase (law library) website being unavialble resulting in me not having access to the courts.

(4). On 9/28/20, I filed a inmate grievance form to Tammy Reagan due to me not having the required right of at least one (1) appeal process of the grievance process in order for me to exhaust my administrative remedies.

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

That I be afforded a trial by a jury. That I receive punative and monetary damages from both defendants and I be allowed to sue in both individual and officially campatites. That I be appointed counsel

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this fourth (4) day of October, 20 20.

*Lester Wagner*
Signature of plaintiff(s)

5