# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lester Wagner | 3:20-CV-430-TAV-HBG |
| DEFENDANT | TYPE OF PROCESS |
| Tammy Reagan | Summons in Civil Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tammy Reagan, Administrator, Claiborne County Detention Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
415 Straight Creek Rd, New Tazwell, TN 37825

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Lester Wagner #429507
Bledsoe County Corr. Complex
1045 Horsehead Rd
Pikeville, TN 37367

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): N/A, hours between 7:00am thru 4:00 pm Monday thru Friday

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Lester Wagner
TELEPHONE NUMBER: N/A
DATE: 11/3/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

# UNITED STATES DISTRICT COURT
for the

Lester Wagner
_Plaintiff(s)_

v.

Rusty Loza and
Tammy Reagan
_Defendant(s)_

Civil Action No. 3:20-CV-430-TAV-HBG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tammy Reagan
Claiborne County Detention Center
415 Straight Creek Rd
New Tazwell, TN 37825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lester Wagner #429507
Bledsoe County Corr. Complex
1045 Horsehead Rd
Pikeville, TN 37367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/10/2020

_Signature of Clerk or Deputy Clerk_

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Tammy Reagan, Jail Administrator</u>
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Avaible At: Claiborne County Detention Center
Monday thru Friday
7:00am thru 4:00pm

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lester Wagner | 3:20-CV-430-TAV-HBG |
| DEFENDANT | TYPE OF PROCESS |
| Rusty Loza | Summons in Civil Action |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Rusty Loza, LPN, Claiborne County Detention Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
415 Straight Creek Rd, New Tazwell, TN 37825

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Lester Wagner #429507
1045 Horsehead Rd
Pikeville, TN 37367

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Monday thru Friday
7:00am thru 4:00 PM

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 11/3/2020

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Lester Wagner
*Plaintiff(s)*

v.

Rusty Loza and Tammy Reagan
*Defendant(s)*

Civil Action No. 3:20-CV-430-TAV-HB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rusty Loza
Claiborne County Detention Center
415 Straight Creek Rd.
New Tazwell, TN 37825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lester Wagner #429507
Bledsoe County Corr. Complex
1045 Horsehead Rd
Pikeville, TN 37367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: 11/10/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rusty hoza, LPN/Mtg
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                        *Server's signature*

                                 _____
                                        *Printed name and title*


                                 _____
                                        *Server's address*

Additional information regarding attempted service, etc:

Avaible At: Claiborne County Detention Center
     Monday thru Friday
     7:00am thru 4:00pm

Lester Wagner #439507
Bledsoe County Corr. Complex
1045 Horsehead Rd.
Pikeville, TN 37367

CHATTANOOGA TN 373
5 NOV 2020 PM 1 L

RECEIVED
NOV 09 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

"Legal Mail"

Eastern District of Tennessee
Office of the Clerk
United States District Court
800 Market St., Suite 130
Knoxville, TN 37902

37902-230030

