United States District Court
Eastern District Of Tennessee

**FILED**
NOV 12 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Lester Wagner,        )
   Plaintiff,         )
                      )   No: 3:20-CV-430-TAV-HBG
v.                    )
                      )
                      )
Rusty Loza and        )
Tammy Reagan,         )
   Defendants.        )

## Notification Of Address Change Pursuant To Local Rule 83.13

Comes Now the plaintiff, Lester Wagner, pro se, and hereby moves this Honorable Court to enter into a order directing the Clerk to change the plaintiff's address to: Trousdale Turner Correctional Center, 140 Macon Way, Hartsville, TN 37074.

Furthermore, plaintiff further submits that he also filed a copy of this notice and certificate of service to both defendants, Rusty Loza and Tammy Reagan at the Claiborne County Detention Center, 415 Straight Creek Rd., New Tazwell, TN 37825.

Respectfully submitted,
*Lester Wagner*
Lester Wagner #429507
Trousdale Turner Corr. Complex
140 Macon Way
Hartsville, TN 37074

## Notice

Please take Notice that the foregoing Notification of address change pursuant to local rule 83.13 has been mailed to the Clerk of the Court to be filed immediately upon receipt.

*Lester Wagner*
Lester Wagner, pro-se

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notification of address change pursuant to local rule 83.13 have been mailed to both defendants on this 5th day of November, 2020.

*Lester Wagner*
Lester Wagner,
Affiant

Lester Wagner #429507
Trousdale Turner Corr. Complex
140 Macon Way
Hartsville, TN 37074

NASHVILLE TN 370
10 NOV 2020 PM 5 L

"Legal Mail"

Eastern District of Tennessee
Office of the Clerk
United States District Court
800 Market St., Suite 130
Knoxville, TN 37902

37902-230330

RECEIVED
NOV 12 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville



Mailed 11/5/20

NOV 09 2020