# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lester Wagner | 3:20-CV-430-TAV-HBG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Tammy Reagan | Summons in Civil Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tammy Reagan, Administrator, Claiborne County Detention Center
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
415 Straight Creek Rd, New Tazwell, TN 37825

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lester Wagner #429507
Bledsoe County Corr. Complex
1045 Horsehead Rd
Pikeville, TN 37367

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): N/A, hours between 7:00am thru 4:00pm Monday thru Friday

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
*Lester Wagner*
TELEPHONE NUMBER: N/A
DATE: 11/3/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 074
District to Serve No.: 074
Signature of Authorized USMS Deputy or Clerk
Date: 11/19/2020

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 11/20/2020 Time: 09:32 ☒ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | 0 | 0 | $8.00 | 0 | $0.00 |

**REMARKS**

11/19/2020 mailed certified: 9414 8169 0224 6689 4181 34
11/20/2020 return receipt received and is attached

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Case 3:20-cv-00430-TAV-HBG  Document 5  Filed 11/10/20  Page 1 of 7  PageID #: 21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Lester Wagner
_____
Plaintiff(s)

v.

Rusty Loza and
Tammy Reagan
_____
Defendant(s)

Civil Action No. 3:20-CV-430-TAV-HBG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tammy Reagan
Claiborne County Detention Center
415 Straight Creek Rd
New Tazwell, TN 37825

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lester Wagner #429507
Bledsoe County Corr. Complex
1045 Horsehead Rd
Pikeville, TN 37367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/10/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-CV-430

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tammy Reagan, Jail Administrator
was received by me on *(date)* 11/19/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: 11/19/2020 mailed certified 9414811690224668941 8134
11/20/2020 return receipt received and is attached

My fees are $ 0 for travel and $ $8.00 for services, for a total of $ $8.00
0.00

I declare under penalty of perjury that this information is true.

Date: 11/23/2020

Server's signature

Civil clerk /ASA
Printed name and title

800 Market St. Ste 320
Knoxville, TN 37902
Server's address

Additional information regarding attempted service, etc:
Avaible At: Claiborne County Detention Center
Monday thru Friday
7:00am thru 4:00pm



# UNITED STATES POSTAL SERVICE

November 23, 2020

Dear 3 20 CV 430 J1:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8169 0224 6689 4181 34**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | November 20, 2020, 9:32 am |
| Location: | NEW TAZEWELL, TN 37825 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Tammy Reagan |

| Shipment Details | |
|---|---|
| Weight: | 2.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004