# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **LESTER WAGNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:20-CV-430-TAV-HB |
| | ) |
| **RUSTY LOZA and** | ) |
| **TAMMY REGAN,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

Notice is hereby given and the clerk is hereby requested to enter an appearance of the undersigned as counsel for the above-named defendant, Tammy Reagan.

Respectfully submitted:

/s/ Rhonda L. Bradshaw
Rhonda L. Bradshaw #014082
Spicer Rudstrom, PLLC
*Attorneys for Defendant Tammy Reagan*
800 S. Gay Street, Suite 1400
Knoxville, TN 37929
(865) 673-8516

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 29, 2020, a copy of the foregoing notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

  Lester Wagner, *pro se*
  #429507
  Bledsoe County Correctional Complex
  1045 Horsehead Road
  Pikeville, TN 37367


  Jeffrey M. Ward, Esq.
  Milligan & Coleman
  PO Box 1060
  Greeneville TN 37744
  jward@milligancoleman.com


              /s/ Rhonda L. Bradshaw
              Rhonda L. Bradshaw #014082

I:\89673