UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | )|
|---|---|
| IN RE: CASE REASSIGNMENTS | ) ) ) ) ) ) ) ) ) |

ORDER

Pursuant to 28 U.S.C. § 137, the following civil actions are hereby **REASSIGNED** to the Honorable R. Leon Jordan, United States District Judge:

| Case No. | Case Name |
|---|---|
| 3:18-cv-129 | Hernandez v. United States |
| 3:19-cv-145 | Smith v. United States |
| 3:20-cv-102 | Lane v. Anderson County, Tennessee et al |
| 3:20-cv-275 | Campbell v. Tennessee Department of Correction et al |
| 3:20-cv-326 | Reeves v. Tony Parker et al |
| 3:20-cv-413 | Clark-Bey v. Boyd |
| 3:20-cv-430 | Wagner v. Loza et al |
| 3:20-cv-481 | Hickey v. Clinical Solutions |
| 3:20-cv-490 | Ballew v. Knox County Sheriff's Office et al |
| 3:20-cv-491 | Houston v. Kidd et al |
| 3:20-cv-494 | Washington v. Lawson |
| 3:20-cv-503 | Blackman v. Kidd et al |

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**