UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| LESTER WAGNER, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | No.: | 3:20-CV-430-RLJ-HBG |
| RUSTY LOZA and TAMMY REAGAN, | ) ) ) ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion filed herewith, Defendants' motions for summary judgment [Docs. 18 and 22] are **GRANTED**, and this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED with prejudice**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT